Argued and submitted December 10, 1999, affirmed October 18, 2000

In the Matter of Kent Trull,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

KENT TRULL,
*Appellant.*

(9812-72831; CA A105124)

13 P3d 166

Paul L. Breed argued the cause and filed the brief for appellant.

Katherine Waldo, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Affirmed. *State v. Buffum,* 166 Or App 552, 999 P2d 541, *rev allowed* 331 Or 361 (2000).